No. 93–226.   PARDEE & CURTIN LUMBER CO. ET AL. *v.* WEBSTER COUNTY COMMISSION.   Cir. Ct. Webster County, W. Va. Certiorari denied.

No. 93–249.   CHAGRA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 93–288.   EXXON CORP. ET AL. *v.* BOYLE, ADMINISTRATOR, NEW JERSEY SPILL COMPENSATION FUND, ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 93–305.   BLANKSTYN *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 93–324.   DIGITRON PACKAGING, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 93–332.   MICHIGAN MUNICIPAL COOPERATIVE GROUP ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 93–336.   BARNETT *v.* INTERNAL REVENUE SERVICE. C. A. 5th Cir.   Certiorari denied.

No. 93–339.   BURKE, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAMS, DECEASED *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 93–342.   MERCANTILE EMPLOYEES' BENEFICIARY ASSOCIATION TRUST ET AL. *v.* BANK ONE, TEXAS, N. A., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 93–348.   PGDH LIQUIDATING TRUST, AS SUCCESSOR-IN-INTEREST TO PRINCE GEORGE'S HOSPITAL, INC., T/A DOCTORS' HOSPITAL OF PRINCE GEORGE'S COUNTY *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 93–366.   MOUAWAD *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.